# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|     Vera D. McFarland | : | Chapter 13 |
| | : | Case No.: 20-11596-AMC |
|     Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the *Motion to Modify Plan* and respectfully request that the Order attached to the Motion be entered.

Dated: April 22, 2022　　　　　　　　　　　　/s/ Brad J. Sadek, Esquire
　　　　　　　　　　　　　　　　　　　　　　Brad J. Sadek, Esquire
　　　　　　　　　　　　　　　　　　　　　　Sadek and Cooper Law Offices, LLC
　　　　　　　　　　　　　　　　　　　　　　1315 Walnut Street, Suite 502
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, Pa 19107
　　　　　　　　　　　　　　　　　　　　　　215-545-0008