# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
|    Vera D. Mcfarland : | Chapter 13 |
| : | Case No.: 20-11596 AMC |
|    Debtor(s) : | |

## O R D E R

AND NOW, this  30th  day of  August , 2022 upon consideration of the Motion to Modify Plan after Confirmation it is hereby:

ORDERED and DECREED that the Chapter 13 Plan may be modified in accordance with the Debtor' Motion;

~~FURTHER ORDER~~

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE