## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Vera D McFarland <br>      Debtor | Chapter 13 |
| U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982) <br>      Moving Party <br>    vs. | NO. 20-11596 AMC |
| Vera D McFarland <br>      Debtor | 11 U.S.C. Section 362 |
| and Kenneth E. West <br>      Trustee | |

### CERTIFICATION OF DEFAULT

  I, Mark A. Cronin, Esquire, attorney for Moving Party, certify that Debtor has defaulted upon the terms of the Stipulation. It is further certified that the attached notice dated January 24, 2024, was served upon the Debtor and Debtor's Attorney on said date. Subsequent to said notice, the Debtor has failed to cure the default. Accordingly, the Court shall enter the attached Order granting the Moving Party relief from the automatic stay.

  February 20, 2024

                   /s/ Mark A. Cronin
                   Mark A. Cronin, Esq.
                   KML Law Group, P.C.
                   BNY Mellon Independence Center
                   701 Market Street, Suite 5000
                   Philadelphia, PA  19106
                   Phone: (215) 627-1322
                   mcronin@kmllawgroup.com