United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 20-11596-amc
Vera D McFarland | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Jun 18, 2024 | Form ID: pdf900 | Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vera D McFarland, 6153 Catherine Street, Philadelphia, PA 19143-2205 |
| 14483427 | + | Equiant/Thousand Trails, Attn: Bankruptcy, 5401 N Pima Rd, Ste 150, Scottsdale, AZ 85250-2630 |
| 14483431 | | PECO, P.O. Box 37629, Prospect Park, PA 19076 |
| 14512793 | + | U.S. Bank N.A., Trustee for the PA, Housing Finance Agency, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 18 2024 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 18 2024 23:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14517598 | | Email/Text: megan.harper@phila.gov | Jun 18 2024 23:45:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14483425 | | Email/Text: megan.harper@phila.gov | Jun 18 2024 23:45:00 | City of Philadelphia, Tax Unit, Law Department, 1401 John. F Kennedy BLVD., 5th Floor, Philadelphia, PA 19102 |
| 14483426 | + | Email/Text: bankruptcy@credencerm.com | Jun 18 2024 23:45:00 | Credence Resource Management, LLC, 17000 Dallas Parkway, Suite 204, Dallas, TX 75248-1940 |
| 14483428 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 19 2024 00:00:22 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14492755 | + | Email/Text: bankruptcy@sccompanies.com | Jun 18 2024 23:45:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14483429 | + | Email/Text: bankruptcy@sccompanies.com | Jun 18 2024 23:45:00 | Ginnys/Swiss Colony Inc, Attn: Credit Department, Po Box 2825, Monroe, WI 53566-8025 |
| 14485180 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 19 2024 00:00:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14483430 | + | Email/Text: cedwards@ncsplus.com | Jun 18 2024 23:45:00 | NCSPlus Incorporated, Attn: Bankruptcy, 117 East 24th Street, 5th Floor, New York, NY 10010-2937 |
| 14483432 | | Email/Text: blegal@phfa.org | Jun 18 2024 23:45:00 | Pennsylvania Housing Finance Agency, PO Box 15057, Harrisburg, PA 17105-5057 |
| 14503908 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 19 2024 00:00:48 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |

Case 20-11596-amc    Doc 69    Filed 06/20/24    Entered 06/21/24 00:36:48    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 18, 2024 | Form ID: pdf900 | Total Noticed: 20 |

| 14498050 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 18 2024 23:45:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14512621 | ^ | MEBN | Jun 18 2024 23:42:51 | U.S. BANK NATIONAL ASSOCIATION, TRUSTEE FOR THE PE, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14529911 | + | Email/Text: blegal@phfa.org | Jun 18 2024 23:45:00 | U.S. Bank National Association, et al, c/o Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14503470 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 19 2024 00:00:56 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2024 at the address(es) listed below:

**Name**            **Email Address**

BRAD J. SADEK
on behalf of Debtor Vera D McFarland brad@sadeklaw.com
bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

DENISE ELIZABETH CARLON
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

LEON P. HALLER
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    VERA D MCFARLAND<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 20-11596-AMC |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: June 18, 2024**

_____
Honorable Ashely M. Chan
Bankruptcy Judge